# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 4, 2009

Charles R. Fulbruge III
Clerk

No. 08-60268
Summary Calendar

NAAL HAMIDEH-HAMIDEH

Petitioner

v.

ERIC H. HOLDER, JR., U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A97-909-770

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Naal Hamideh-Hamideh, a native of Jordan and a citizen of Brazil, petitions for review of the Board of Immigration Appeals' decision affirming without opinion an immigration judge's decision ordering removal and denial of voluntary departure. Hamideh-Hamideh has failed to surrender as ordered. He is now a fugitive.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Under the fugitive disentitlement doctrine, a fugitive is not entitled to the review for which he petitioned the court.  Giri v. Keisler, 507 F.3d 833, 835-36 (5th Cir. 2007).  As Hamideh-Hamideh is a fugitive, his petition for review is DISMISSED.